SHERMAN WELLS SYLVESTER & STAMELMAN LLP
Craig L. Steinfeld, Esq. (csteinfeld@shermanwells.com)
210 Park Avenue, 2nd Floor
Florham Park, NJ 07932
(973) 302-9700

Attorneys for Plaintiffs
Cedar Holdings, LLC and Seaboard Holdings, LLC

| | |
|---|---|
| CEDAR HOLDINGS, LLC and SEABOARD HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>JACK MENASHE; MM RETAIL, LLC; and MRG BROADWAY, LLC,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO. 3:16-cv-07152-AET-TJB<br><br>*DOCUMENT ELECTRONICALLY FILED*<br><br>**SUBSTITUTION OF ATTORNEY FOR PLAINTIFFS CEDAR HOLDINGS, LLC AND SEABOARD HOLDINGS, LLC** |

The undersigned hereby consent to the substitution of Sherman Wells Sylvester & Stamelman LLP, 210 Park Avenue, 2nd Floor, Florham Park, New Jersey 07932, as attorneys for plaintiffs Cedar Holdings, LLC and Seaboard Holdings, LLC in the above-captioned matter.

| SHERMAN WELLS SYLVESTER | CHIESA SHAHINIAN & |
| & STAMELMAN LLP | GIANTOMASI PC |

By:  /s/ Craig L. Steinfeld                              By:  /s/ Paul H. Schafhauser
       Craig L. Steinfeld                                          Paul H. Schafhauser
       Superseding Attorneys                                 Withdrawing Attorneys

DATED:  February 24, 2017                         DATED:  February 24, 2017

4831-3647-8016, v. 1